UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY BUILDING LABORERS' STATEWIDE PENSION FUND AND TRUSTEES THEREOF,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S.E.U.S.,** *also known as* **U.S. ENVIRONMENTAL UNIVERSITY,**<br><br>Defendant. | Civ. No. 13-7449 (KM)(SCM)<br><br>**ORDER OF DEFAULT JUDGMENT** |

This matter was opened to the Court on a motion for default judgment (Dkt. No. 8) by plaintiff New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof. No opposition to the motion was filed. I have reviewed the motion as well as the entire case record and decided the matter without oral argument pursuant to FED. R. CIV. P. 78. For the reasons stated in an opinion filed today, and for good cause shown:

**IT IS** this 25th day of March, 2015

**ORDERED** that the motion for default judgment (Dkt. No. 8) is **GRANTED**.

**JUDGMENT** is entered in favor of plaintiff New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof in the amount of **$35,389.40**.

_____
**KEVIN MCNULTY**
**United States District Judge**